UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREG D. LEWIS, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-03621-JST (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. Nos. 2, 4 |

　　Pursuant to plaintiff's notice of voluntary dismissal under Rule 41(a) of the Federal Rules of Civil Procedure, this case is DISMISSED without prejudice.  No filing fee is due.

　　The Clerk shall close the file and terminate all pending motions as moot.

　　**IT IS SO ORDERED.**

Dated:  September 16, 2013



　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　United States District Judge